CAUSE NO. CV49854

FILED

2015 DEC 10 AM 8:23

RCSS BUSH DISTRICT CLERK
COUNTY, TEXAS

IN THE DISTRICT COURT OF

BY Virginia Pillado DEPUTY
VIRGINIA PILLADO

| | | |
|---|---|---|
| Diamondback E&P LLC, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | MIDLAND COUNTY, TEXAS |
| | § | |
| Permian Power Tong, Inc., | § | |
| | § | |
| Defendant. | § | 441st JUDICIAL DISTRICT |

## FINAL JUDGMENT

On October 29, 2015, this case was called for trial before the Honorable Rodney Satterwhite, 441st Judicial District Court, Midland County, Texas. All parties appeared in person and/or through their attorneys and announced that they were ready for trial.

A jury consisting of twelve qualified jurors and one alternate was selected, sworn, and impaneled, and the case proceeded to trial. Beginning on November 2, 2015, the jury heard evidence concerning: (1) Plaintiff Diamondback E&P LLC's claims against Defendant Permian Power Tong, Inc. (2) Defendant's defenses and affirmative defenses; and (3) Plaintiff's actual damages. On November 3, 2015, prior to the time the jury retired to consider its verdict, Juror No. 1 (Julia Margaret Quain) advised the court of a medical emergency and the Court found that, pursuant to Texas Government Code §62.020, Juror No. 1 (Julia Margaret Quain) was unable to perform her duties as a juror. The Alternate Juror (Henry Valenzuela) then replaced Juror No. 1 (Julia Margaret Quain).

The Court submitted the case to the jury on November 4, 2015. The jury deliberated, considered questions, and returned a verdict on November 4, 2015, which the Court received and accepted without objection. The questions submitted to the jury and the Jury's Findings are attached hereto as Exhibit 1 and expressly incorporated herein by reference for all purposes.

By stipulation of the parties' on the record, the issue of the award and amount, if any, of attorneys' fees and court costs was bifurcated and submitted to the Court only by affidavit. Thereafter, Plaintiff submitted the affidavit of Bill B. Caraway with exhibits in support of the award of attorneys' fees and court costs. The Defendant was afforded an opportunity to submit controverting evidence and argument on the issue of the award of attorneys' fees and court costs. In response to Defendant's objection to redacted billing statements, Plaintiff submitted the supplemental affidavit of Bill B. Caraway attaching unredacted copies of billing statements. The Court then proceeded to consider the evidence and arguments presented pertaining to the award of attorneys' fees and court costs and enters its Judgment in paragraphs 4 and 5 below.

IT IS, THEREFORE,

1.     ORDERED, ADJUDGED, AND DECREED that Plaintiff Diamondback E&P LLC recover actual damages in the sum of *EIGHT HUNDRED TWENTY-FOUR THOUSAND, ONE HUNDRED THIRTY-SEVEN DOLLARS, AND NINETY-SEVEN CENTS ($824,137.97)* from Defendant Permian Power Tong, Inc., based on the Jury's Findings in Questions 1 and 2; it is further

2.     ORDERED, ADJUDGED, AND DECREED that Plaintiff Diamondback E&P LLC recover prejudgment interest on the actual damages awarded in paragraph 1 of this Final Judgment at the annual rate of five percent (5%), not compounded annually, from November 12, 2013, until the day before this judgment is signed, from Defendant Permian Power Tong, Inc., (the per diem rate of prejudgment interest being $112.90); it is further

3.     ORDERED, ADJUDGED, AND DECREED that Plaintiff Diamondback E&P LLC recover post-judgment interest at the annual rate of five percent (5%), compounded

annually, from the date this Final Judgment is signed until it is paid in full, from Defendant

Permian Power Tong, Inc. on the following:

a. actual damages awarded in paragraph 1 of this Final Judgment
b. prejudgment interest awarded in paragraph 2 of this Final Judgment, and
c. costs of court and attorneys' fees awarded in paragraphs 4 and 5 of this Final Judgment;

it is further

4. **ORDERED, ADJUDGED, AND DECREED** that Plaintiff Diamondback E&P

LLC recover attorneys' fees from Defendant Permian Power Tong, Inc. in the amount of

$ *319,761.50* for representation through trial and completion of proceedings in the trial court;

$ *150,000.00* for representation through appeal to the Court of Appeals;

$ *50,000.00* for representation and petition for review stage in the Supreme Court of Texas;

$ *25,000.00* for representation through oral argument and completion of proceedings in the Supreme Court of Texas; it is further

5. **ORDERED, ADJUDGED, AND DECREED** that Plaintiff Diamondback E&P

LLC recover costs of court in the amount of $ *3,512.90* from Defendant Permian

Power Tong, Inc.; it is further

6. **ORDERED, ADJUDGED, AND DECREED,** in sum, that Plaintiff

Diamondback E&P LLC shall recover from Defendant Permian Power Tong, Inc. a Total

Judgment in the amount of $ *1,232,874.35,* per the calculations below, in addition to

postjudgment interest per paragraph 3 of this Final Judgment.

| | |
|---|---|
| Damages | $824,137.97 |
| Pre-Judgment Interest | $ *85,461.98* |
| Attorneys fees | $ *319,761.50* |
| Court costs | $ *3,512.90* |

TOTAL JUDGMENT AMOUNT                    $ 1,232,874.35

7.    **ORDERED, ADJUDGED, AND DECREED** that Plaintiff Diamondback E&P LLC shall have all writs of execution and other process necessary in the enforcement and collection of the judgment.

8.    This Judgment resolves all disputes between the Parties and is **FINAL** for purposes of appeal.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that all relief requested by any party and not expressly awarded herein is denied and that this **Final Judgment** finally disposes of all claims and all parties and is appealable.

SIGNED this _____10_____ day of _____Dec_____, 2015.

_____
HONORABLE RODNEY SATTERWHITE